IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MICROSOFT CORPORATION, a** Washington corporation, | § § § § | |
| **Plaintiff** | § § | |
| v. | § § | NO. 4:12-CV-03212 |
| **EAGLE ELECTRONICS RESOURCES, INC.**, a Texas corporation doing business as **EAGLE ELECTRONICS, and ROGER BEN DAVID**, an individual, | § § § § § § | |
| **Defendants** | § § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Eagle Electronics Resources, Inc., a Texas corporation doing business as Eagle Electronics, and Roger Ben David, an individual ("Defendants"), have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Microsoft and Defendants that Defendants shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement between the parties.

DATED: May 30, 2013

_____
David H. Melasky
State Bar No. 13913800
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Phone: (713) 965-9984
Fax: (888) 204-8252
melaskylaw@yahoo.com

Attorneys for Defendants Eagle Electronics Resources, Inc., a Texas corporation doing business as Eagle Electronics, and Roger Ben David, an individual

DATED: May June 18, 2013

PERKINS COIE LLP

_____
Audra Mori
California State Bar No. 162850
Admitted in Southern District of Texas
1888 Century Park East, Suite 1700
Los Angeles, California 90067
Phone: (310) 788-3238
Fax: (310) 788-3399

Attorneys for Plaintiff Microsoft Corporation, a Washington corporation

41826-5600.0045/LEGAL26550432.1

- 3 -

## CERTIFICATE OF SERVICE

This certifies that, on the date of this Certificate, the undersigned filed and served this document through the CM/ECF System for the United States District Court for the Southern District of Texas and also served this document by electronic transmission to (888) 204-8252, melaskylaw@yahoo.com to serve the attorneys of record for Defendants, Mr. David H. Melasky.

Dated: June 18, 2013

_____
Audra M Mori