IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff<br><br>v.<br><br>EAGLE ELECTRONICS RESOURCES, INC., a Texas corporation doing business as EAGLE ELECTRONICS, and ROGER BEN DAVID, an individual,<br><br>Defendants | NO. 4:12-CV-03212 |

### [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon Rule 41(a) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

That the above-entitled action is hereby dismissed with prejudice, without cost to any of the parties hereto. It is further ordered that this Court shall retain jurisdiction to enforce the Stipulated Permanent Injunction entered by this Court and the Settlement Agreement and Release between the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this ___ day of June, 2013.

BY THE COURT:

The Honorable Vanessa D. Gilmore
UNITED STATES DISTRICT JUDGE

41826-5600.0045/LEGAL26550475.1